WR-84,167-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/30/2015 5:16:34 PM
Accepted 12/1/2015 8:05:23 AM
ABEL ACOSTA
CLERK

TEXAS COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
12/1/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| MICHAEL ESTRADA | § | |
| APPLICANT, | § | |
| | § | |
| v | § | WR-84,167-01 |
| | § | |
| THE STATE OF TEXAS | § | |
| RESPONDENT. | § | |

## MOTION TO RECONSIDER

On November 18, 2015, the court dismissed applicant's first writ of habeas corpus without consideration of the merit. Specifically, notice of dismissal provided by the court cited that applicant filed a computer generated memorandum that does not include a certificate state the number of words in the document.

Notably, despite counsel's oversight the brief used less than a third of the word limit contemplated by Rule 9.4. Counsel attaches a certificates to this motion and asks that the court reconsider the application.

RESPECTFULLY SUBMITTED



THE SPRIGGS LAW OFFICE
1011 S. JACKSON
AMARILLO, TEXAS 79101
TEL.: 806.376.7260
FAX: 806.372.3298
EMAIL: LEVI.SPRIGGS@GMAIL.COM

/S/ LEVI L. SPRIGGS
BY:    LEVI L. SPRIGGS
       TSBN: 24046894
       ATTORNEY FOR APPLICANT
       MICHAEL RUBEN ESTRADA

CERTIFICATE OF SERVICE

I certify that on November 30, 2015 a true and correct copy of this document was served on the parties listed below in the manner indicated.

/S/ LEVI L. SPRIGGS

No. WR 84,167-01
ESTRADA V. TEXAS
MOTION TO RECONSIDER

RANDALL COUNTY DISTRICT ATTORNEY
FAX: 806.468.5566

No. WR 84,167-01
ESTRADA V. TEXAS
MOTION TO RECONSIDER

## CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. P. 9.4, I hereby certify that I used the aid of a computer and software to generate Applicant's Brief. Specifically, this document was created in WordPerfect. I used 14-point typeface for all text, except for footnotes which are in 12-point typeface. Further, I certify that this Petition and the brief contain 4,217 (four-thousand two-hundred and seventeen) words. In making this certificate of compliance, I am relying on the word counter used by the same WordPerfect software used to prepare the document. The word count excludes words used in following: the caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix.

/S/ Levi L. Spriggs

## CERTIFICATE OF SERVICE

I certify that on November 30, 2015  a true and correct copy of this document was served on the parties listed below in the manner indicated.

/S/ LEVI L. SPRIGGS

Randall County District Attorney
Fax: 806.468.5566

## CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. P. 9.4, I hereby certify that I used the aid of a computer and software to generate Applicant's Reply. Specifically, this document was created in WordPerfect. I used 14-point typeface for all text, except for footnotes which are in 12-point typeface. Further, I certify that this Petition and the brief contain 503 (five-hundred and three) words. In making this certificate of compliance, I am relying on the word counter used by the same WordPerfect software used to prepare the document. The word count excludes words used in following: the caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix.

/S/ Levi L. Spriggs

## CERTIFICATE OF SERVICE

I certify that on November 30, 2015 a true and correct copy of this document was served on the parties listed below in the manner indicated.

/S/ LEVI L. SPRIGGS

Randall County District Attorney
Fax: 806.468.5566